```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 07 B 18422
   TYANNA T SMITH
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7368

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/08/2007 and was confirmed 11/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 10/29/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
 GATEWAY FINANCIAL SERVIC  SECURED VEHIC    9244.01          476.17         648.83
 GATEWAY FINANCIAL SERVIC  UNSECURED        NOT FILED           .00            .00
 BUREAU OF COLLECTION REC  UNSECURED        NOT FILED           .00            .00
 CITY OF CHICAGO PARKING   UNSECURED         4740.00            .00            .00
 COMMONWEALTH EDISON       UNSECURED         1534.82            .00            .00
 CREDIT PROTECTION         UNSECURED        NOT FILED           .00            .00
 CREDIT PROTECTION         UNSECURED        NOT FILED           .00            .00
 GLOBAL PAYMENTS           UNSECURED        NOT FILED           .00            .00
 GLOBAL PAYMENTS           UNSECURED        NOT FILED           .00            .00
 GLOBAL PAYMENTS           UNSECURED        NOT FILED           .00            .00
 GLOBAL PAYMENTS           UNSECURED        NOT FILED           .00            .00
 MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED           .00            .00
 PEOPLES GAS LIGHT & COKE  UNSECURED             .00            .00            .00
 OSI COLLECTIONS           UNSECURED         1010.90            .00            .00
 PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED           .00            .00
 WIX AUTO                  UNSECURED        NOT FILED           .00            .00
 PEOPLES GAS LIGHT & COKE  UNSECURED          310.50            .00            .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,493.00                        2,742.97
 TOM VAUGHN                TRUSTEE                                            304.58
 DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE           4,172.55

 PRIORITY                                     .00
 SECURED                                    648.83
    INTEREST                                476.17
 UNSECURED                                    .00
 ADMINISTRATIVE                           2,742.97

                 PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 18422 TYANNA T SMITH
```

```
TRUSTEE COMPENSATION                                            304.58
DEBTOR REFUND                                                      .00
                                        ----------------  ----------------
TOTALS                                          4,172.55          4,172.55
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 01/27/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                            PAGE   2
         CASE NO. 07 B 18422 TYANNA T SMITH